

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2023

No. 04-22-00679-CV

Maria E. Esquivel **DE AGUILERA**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00587
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On January 13, 2023, Appellant's counsel filed a motion to dismiss the appeal without prejudice, explaining appellant was "no longer cooperating with her counsel." The motion is **denied without prejudice** to counsel filing a motion to withdraw pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court